**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Manuel Flores, *on behalf of himself and others*
*similarly situated in the proposed FLSA Collective*
*Action,*

                                             *Plaintiff,*

                      - against -

Omonia Cafe Inc., and Ioannis Arvanitis,

                                             *Defendants*.
------------------------------------------------------------X

Case No.: 22-cv-07770

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**
**PURSUANT TO**
**FED.R.CIV.P. 68**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."),

Defendants Omonia Cafe Inc., and Ioannis Arvanitis (collectively, the "Defendants") (collectively,

the "Defendants"), having offered to allow Plaintiff Manuel Flores (together, the "Plaintiff") to

take a judgment against the Defendants in this action in the total sum of Ninety-Five Thousand

Dollars and Zero Cents ($95,000.00) (the "Judgment Amount"), payable as follows:

1.  A payment in the amount of Ninety-Five Thousand Dollars and Zero Cents
    ($95,000.00) payable via certified check, within ten (10) days after the entry of
    a final judgment.

      WHEREAS, in the event of Defendants' failure to make any payment when due as set forth

above, the breach shall result in accelerated payment of the Judgment Amount together with all

costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any

Judgment, less any payments made by Defendants as set forth herein.  Defendants acknowledge

and agree that this calls for a judgment in a greater amount than the initial judgment amount as a

penalty for an uncured default.

      WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs,

and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the

facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.