UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Manuel Flores, on behalf of himself and others
similarly situated in the proposed
FLSA Collective Action,

                        Plaintiff,                    JUDGMENT

v.                                                   22-cv-07770-LDH-RER

Omonia Cafe Inc., and Ioannis Arvanitis,

                        Defendants.
-----------------------------------------------------------------X

        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 22, 2023; and Defendants Omonia Cafe Inc., and Ioannis Arvanitis, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Manuel Flores in the total sum of Ninety-Five Thousand Dollars and Zero Cents ($95,000.00); it is

        ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Manuel Flores and against Defendants Omonia Cafe Inc., and Ioannis Arvanitis in the total sum of Ninety-Five Thousand Dollars and Zero Cents ($95,000.00) payable as follows: 1. A payment in the amount of Ninety-Five Thousand Dollars and Zero Cents ($95,000.00) payable via certified check, within ten (10) days after the entry of a final judgment.

Dated: Brooklyn, New York                                      Brenna B. Mahoney
           May 26, 2023                                             Clerk of Court

                                                             By:    */s/Jalitza Poveda*
                                                                         Deputy Clerk